IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| JAMES E. CANNON, | § | |
| Petitioner, | § | |
| | § | |
| v. | § | Civil Action No. 4:17-CV-807-O |
| | § | |
| TARRANT COUNTY SHERIFF, | § | |
| Respondent. | § | |

## **OPINION AND ORDER**

Before the Court is a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 opened on behalf of petitioner, James E. Cannon, pursuant to the "Order Severing Habeas Claim" in *Cannon v. Tarrant County Sheriff*, Civil Action No. 4:16-CV-1037-O. Prisoner was confined in the Tarrant County jail when case no. 4:16-CV-1037-O was filed. After considering the pleadings and relief sought by Petitioner, the Court has concluded that the petition should be dismissed as moot.

## **I. BACKGROUND**

This action was initiated to address Petitioner's claim in his civil rights complaint related to the time credit on his confinement. The Tarrant County website and telephonic communication with the Tarrant County jail confirms that Petitioner is no longer confined in the Tarrant County jail and was released on February 7, 2017. As of this date, Petitioner has not notified the clerk of Court of his current address or whereabouts in case no. 4:16-CV-1037-O or in this case.

## **II. DISCUSSION**

Petitioner's release has rendered his habeas petition moot. *Bailey v. Southerland*, 821 F.2d 277, 278-79 (5th Cir. 1987). Because this Court can no longer provide him with the relief he seeks, dismissal of the petition is appropriate. *McRae v. Hogan*, 576 F.2d 615, 616-17 (5th Cir. 1978).

**III. CONCLUSION**

For the reasons discussed herein, the petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 is DISMISSED as moot. Further, for the reasons discussed herein, a certificate of appealability is DENIED.

**SO ORDERED** on this 12th day of October, 2017.

_____
Reed O'Connor
**UNITED STATES DISTRICT JUDGE**